IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA         *

    APPELLEE,

                                     *

v.                                   Record No. 12-8052

LAVON DOBIE,                  *

    APPELLANT,

            *    *    *    *    *    *    *    *    *

MOTION TO POSTPONE DATE TO FILE BRIEFS

LAVON DOBIE, Appellant, by Jonathan Gladstone, counsel, move this Court to extend for three weeks the date for filing briefs. In support of her motion, Appellant states:

1. The undersigned has been appointed to represent Appellant, and the current due date for the opening brief is June 20, 2013

2. The undersigned has been corresponding with Appellant about the upcoming filings, and further communication is needed to ensure that her concerns are addressed in the best possible way ;

3. The undersigned will not be able to complete the brief in the appointed time;

4. AUSA Nicholas Mitchell has indicated that he has no objection to Appellant's request.

Wherefore, Appellant requests that the date for filing of her opening brief be extended to July 11, 2013, with the deadlines for the ensuing briefs to be extended for a similar period of time.

Respectfully submitted,

Law Offices of Jonathan Gladstone
113 Ridgely Ave.
Annapolis MD 21401


By /s/ Jonathan Gladstone
Jonathan Gladstone

(410)974-6903

Certificate of Service

I hereby certify that on June 18, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users: Nicholas Mitchell, Esq, Office of the US Attorney, 36 S. Charles St., Fourth Floor, Baltimore, MD 21201

/s/ Jonathan Gladstone
Jonathan Gladstone, Esq.