FILED: June 18, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-8052 (L)
(8:04-cr-00235-RWT-9)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

       Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 07/11/2013

Opening brief due: 07/11/2013

Response brief due: 08/05/2013

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk