**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 20, 2013

No.  12-8052 (L), <u>US v. Lavon Dobie</u>
     8:04-cr-00235-RWT-9

TO: Lavon  Dobie

**FORM DUE:** 02/18/2014

Rehearing having been denied in this case, please file the **Certiorari Status Form** (form available at this link) by the due date shown above.


Lisa McFarland, Deputy Clerk
804-916-2744